UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LELIA KELLEY and | ) |
| LINDA STEPHENS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO: 1:11cv-0331-SEB-DML |
| | ) |
| LARRY DAVIS, individually and in his | ) |
| Official capacity as Madison County Assessor, | ) |
| | ) |
| Defendant. | ) |

## Order on Motion for Leave to File Amended Complaint

This matter is before the court on the motion (Dkt. 19) by plaintiffs Lelia Kelley and

Linda Stephens for leave to file an amended complaint. The proposed complaint seeks to add

Madison County as a defendant and assert claims against it arising out of the termination of the

plaintiffs' employment with the Madison County Assessor's office at issue in this lawsuit.  The

plaintiffs' current complaint names as the sole defendant Madison County Assessor Larry Davis,

in his official and individual capacities.

The plaintiffs assert that their ability to obtain complete relief without naming Madison

County as a defendant may be impeded because (a) Madison County may be deemed to be their

employer (citing Braddock v. Madison County, 34 F. Supp. 2d 1098, 1106-07 (S.D. Ind. 1998));

and (b) Madison County is a necessary party because Mr. Davis has been named in his official

capacity and Madison County may be responsible for paying any judgment and have rights to

control settlement of the litigation (citing Carver v. Sheriff of LaSalle County, 324 F.3d 947, 948

(7th Cir. 2003)).

The plaintiffs' motion for leave to amend has been filed within the deadline set in the case management order and the plaintiffs have set forth sufficient bases for the court to find that justice is served by allowing the amendment. See Fed. R. Civ. P. 16(b)(4) and 15(a)(2). Accordingly, the court GRANTS the plaintiffs' motion for leave to file their amended complaint. The amended complaint, at Dkt. 19-1, is deemed filed and served on defendant Larry Davis as of the date of this order. The plaintiffs immediately shall effect service of the amended complaint and summons on defendant Madison County.

So ORDERED.

Date: ___07/25/2011___

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert Adam Hicks
MACEY SWANSON & ALLMAN
rhicks@maceylaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Ronald J. Semler
STEPHENSON MOROW & SEMLER
rsemler@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com